**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BI3, Inc., and Kenneth C. Tola, Jr.<br><br>vs.<br><br>Alan B. Hamor, WK Networks, Inc., and CampaignLocal, Inc. | Case Number:<br>FILED: APRIL 25, 2008<br>08 CV 2384   JH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, BI3, Inc., and Kenneth C. Tola, Jr.

| |
|---|
| NAME (Type or print)<br>Joseph J. Zaknoen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph J. Zaknoen |
| FIRM<br>Zaknoen & Zaknoen LLC |
| STREET ADDRESS<br>161 N. Clark Street, Suite 4700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208253 | TELEPHONE NUMBER<br>312-523-2191 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐