## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2384          Assigned/Issued By: j. n.

Judge Name: DER-YEGHIYAN       Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2727930_____

Date Payment Rec'd: 4-25-08_____       Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons
[ ] Third Party Summons                     [ ] Lis Pendens
[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
                                            (Victim, Against and $ Amount)
[ ] Citation to Discover Assets             [ ] Other
[ ] Writ _____               _____
         (Type of Writ)                     _____
                                            (Type of issuance)

1_____ Original and 0_____ copies on  4/28/08_____ as to  ALAN B. HAMOR_____
                                          (Date)