IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BI3, Inc., an Illinois Corporation, and Kenneth C. Tola, Jr., an Illinois Resident,<br><br>Plaintiffs,<br><br>vs.<br><br>Alan B. Hamor, a New Jersey Resident, WK Networks, Inc., a Delaware Corporation, and CampaignLocal, Inc., a Delaware Corporation,<br><br>Defendants. | FILED: APRIL 25, 2008<br>08 CV 2384    JH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE KEYS |

**PLAINTIFF BI3, INC.'S DISCLOSURE
PURSUANT TO FRCP 7.1 AND LOCAL RULE 3.2**

Plaintiff, BI3, Inc., by counsel, Zaknoen & Zaknoen LLC, for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states that BI3, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock. For its Notification as to Affiliates pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, BI3, Inc. states that it has no publicly held affiliates.

Respectfully submitted,

/s/ Joseph J. Zaknoen
Joseph J. Zaknoen
Zaknoen & Zaknoen LLC
Attorneys for Plaintiffs

Joseph J. Zaknoen (Atty. No. 6208253)
Edward G. Zaknoen (Atty. No. 6239683)
Zaknoen & Zaknoen LLC
161 N. Clark St., Suite 4700

1

Chicago, Illinois 60601
(312) 523-2191
(312) 523-2001 (fax)