U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08-CV-2384
B13, Inc. and Kenneth C. Tola, Jr.
v.
Alan B. Hamor, WK Networks, Inc. and CampaignLocal Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Alan B. Hamor, WK Networks, Inc. and CampaignLocal Inc.

| NAME (Type or print) |
| --- |
| James G. Argionis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James G. Argionis |
| FIRM |
| Meckler Bulger & Tilson LLP |
| STREET ADDRESS |
| 123 N. Wacker Dr., Ste. 1800 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6228773 | 312-263-7900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |