IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BI3, INC., an Illinois corporation and KENNETH C. TOLA, JR., an Illinois resident | ) ) ) | |
| Plaintiffs, | ) ) | 08-CV-2384 |
| v. | ) ) | Judge Samuel Der-Yeghiayan |
| ALAN B. HAMOR, a New Jersey resident, WK NETWORKS, INC., a Delaware corporation, and CAMPAIGNLOCAL, INC., a Delaware corporation, | ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

**WK NETWORKS, INC. AND CAMPAIGNLOCAL INC.'S
DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

Defendants WK Networks, Inc. and CampaignLocal Inc., pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, state as follows:

WK Networks, Inc. is a nongovernmental corporate party that has no parent corporations and no publicly held company owns 5% or more of the party's stock.

CampaignLocal Inc. is a nongovernmental corporate party that has no parent corporations and no publicly held company owns 5% or more of the party's stock. WK Networks, Inc., a privately-held company, owns more than 5% of the stock of CampaignLocal.

Respectfully Submitted,


By:   /s/ James G. Argionis
    One of the Attorneys for Defendants
    Alan B. Hamor, WK Networks, Inc. and
    CampaignLocal Inc.

1

Scott M. Seaman (ARDC No. 6196630)
Jason R. Schulze (ARDC No. 6238043)
James G. Argionis (ARDC No. 6228773)
MECKLER BULGER & TILSON, LLP
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900


M:\12718\pleading\HamorDisclosureStatement.doc