IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BI3, INC., an Illinois corporation and KENNETH C. TOLA, JR., an Illinois resident | ) ) ) | |
| Plaintiffs, | ) ) | 08-CV-2384 |
| v. | ) ) | Judge Samuel Der-Yeghiayan |
| ALAN B. HAMOR, a New Jersey resident, WK NETWORKS, INC., a Delaware corporation, and CAMPAIGNLOCAL, INC., a Delaware corporation, | ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Joseph J. Zaknoen
      Edward G. Zaknoen
      Zaknoen & Zaknoen LLC
      161 N. Clark St., Ste. 4700
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on May 22, 2008, we caused to be electronically filed with the Northern District of Illinois, Eastern Division, Defendants Alan B. Hamor, WK Networks, Inc. and CampaignLocal Inc.'s **Answer to Plaintiffs' Complaint, Affirmative Defenses And Counterclaim**, copies of which are attached and hereby served upon you.

                              Respectfully Submitted,


                              By:   /s/ James G. Argionis
                                 One of the Attorneys for Defendants
                                 Alan B. Hamor, WK Networks, Inc. and
                                 CampaignLocal Inc.

Scott M. Seaman (ARDC No. 6196630)
Jason R. Schulze (ARDC No. 6238043)
James G. Argionis (ARDC No. 6228773)
MECKLER BULGER & TILSON, LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that he served the foregoing documents by e-mailing a copy to the parties referenced below:

Joseph J. Zaknoen<br>
Edward G. Zaknoen<br>
Zaknoen & Zaknoen LLC<br>
161 N. Clark St., Ste. 4700<br>
Chicago, IL 60601<br>
Email: jzaknoen@zandzlaw.com

on May 22, 2008, and by sending a copy via U.S. Mail at 123 North Wacker Drive, Suite 1800, Chicago, Illinois 60606, on May 23, 2008, with proper postage prepaid.

           By:  /s/ James G. Argionis

M:\12718\pleading\NofHamorAnswers.doc