MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BI3, Inc. and Kenneth C. Tola, Jr.
v.
Alan B. Hamor, WK Networks, Inc. and CampaignLocal Inc.

Case Number: 08-CV-2384

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alan B. Hamor, WK Networks, Inc. and CampaignLocal Inc.

FILED
5-29-2008
MAY 29 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Jason R. Schulze | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| FIRM | |
| Meckler Bulger & Tilson LLP | |
| STREET ADDRESS | |
| 123 N. Wacker Dr., Ste. 1800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6238043 | 312-474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |