**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

BI3, Inc., et al.
                    Plaintiff,
v.                                          Case No.: 1:08−cv−02384
                                            Honorable Samuel Der−Yeghiayan
Alan B Hamor, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for the parties have advised the Court that all parties will consent to proceed before the Magistrate Judge. Initial status hearing set for 06/26/08 is stricken. Counsel for the parties shall submit to this Court's Courtroom Deputy the appropriate consent to proceed before a United States Magistrate Judge form by 06/27/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.