# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Arlander Keys | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2384 | **DATE** | 8/1/2008 |
| **CASE TITLE** | BI3, Inc. Vs. Alan B Hamor, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/03/08 at 9:00 a.m. All fact discovery will be completed by 05/31/09.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | LXS |
|---|---|---|